169 A.3d 969

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. HITEN A. PATEL, A/K/A HITENDRA A. PATEL,
DEFENDANT–PETITIONER.

June 2, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003824–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 970

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
MISAEL CLAROS, DEFENDANT–RESPONDENT.

June 2, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005454–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.